B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AtheroNova Operations, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Z & Z Medical Holdings, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**43-2116504** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2301 Dupont Drive**<br>**Suite 525**<br>**Irvine, CA**                    ZIP Code<br>**92612** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>   *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>   in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>   under Title 26 of the United States<br>   Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,       ■ Debts are primarily<br>   defined in 11 U.S.C. § 101(8) as            business debts.<br>   "incurred by an individual primarily for<br>   a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>   attach signed application for the court's consideration certifying that the<br>   debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>   Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>   attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>   are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>   in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>   there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AtheroNova Operations, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)            (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AtheroNova Operations, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____<br>Signature of Debtor | **X** _____<br>Signature of Foreign Representative |
| **X** _____<br>Signature of Joint Debtor | _____<br>Printed Name of Foreign Representative |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>Date |
| _____<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** |

**Signature of Attorney***

**X** **/s/ Ron Bender** _____
Signature of Attorney for Debtor(s)

**Ron Bender 143364** _____
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP** _____
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
_____
Address

**(310) 229-1234** _____
Telephone Number

**March  2, 2015        143364** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mark Selawski** _____
Signature of Authorized Individual

**Mark Selawski** _____
Printed Name of Authorized Individual

**Chief Financial Officer** _____
Title of Authorized Individual

**March  2, 2015** _____
Date

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**MINUTES OF THE MEETING OF**
**THE BOARDS OF DIRECTORS**

**OF**

**ATHERONOVA INC.**
**(a Delaware corporation)**

**AND**

**ATHERONOVA OPERATIONS, INC.**
**(a Delaware corporation)**

A meeting of the Boards of Directors (collectively, the "***Board***") of AtheroNova Inc., a Delaware corporation ("***AtheroNova***"), and AtheroNova Operations, Inc., a Delaware corporation and wholly-owned subsidiary of AtheroNova (collectively, the "***Corporations***"), was held telephonically on February 19, 2015, at 7:00 a.m. Pacific Time.

The following persons, constituting all of the directors of the Corporations, as applicable, were present: Thomas W. Gardner, Paul DiPerna, Fred Knoll, Alexander Polinsky, Boris Ratiner and Johan M. Spoor.  Also present were Mark Selawski, the Corporations' Chief Financial Officer and Secretary, Ron Bender of Levene, Neale, Bender, Yoo and Brill L.L.P., and Louis Wharton of Stubbs Alderton & Markiles, LLP, outside counsel to the Corporations.

Mr. Gardner acted as Chairman of the meeting and Mr. Wharton acted as secretary of the meeting and kept these minutes.

Mr. Gardner confirmed that the directors could hear and be heard by each other, and announced that a quorum was present and that the meeting, having been duly convened, was ready to proceed with its business.

1.    **Business Matters**

As the first item of business, Mr. Wharton provided a summary of management's dialogue with Mr. Bender regarding the logistics and process of Chapter 11 bankruptcy filings for the Corporations, and management's discussions with Andrew DeCamara of Sherwood Partners regarding serving as the Corporations' sales agent in connection with a proposed Chapter 11 sale of the Corporations' assets under Section 363(f) of the United States Bankruptcy Code.

Mr. Wharton then discussed an amendment to the proposed resolutions previously circulated to the Board to fully authorize management to cause the Corporations to consummate one or more asset sales and/or to propose and seek to confirm one or more plans of reorganization or liquidating plans, all subject to the approval of the Bankruptcy Court.  The Board engaged in an extensive discussion regarding the bankruptcy process and the priority for the distribution of assets to various constituencies in various scenarios.

Mr. Wharton then discussed AtheroNova's reporting obligations under the Securities Exchange Act of 1934, as amended (the "***Exchange Act***"), AtheroNova's reporting obligations under its outstanding secured notes and the underwriting agreement for the recent public offering, and the impact of AtheroNova ceasing to file public reports under the Exchange Act until the Corporations consummate their asset sales or confirm one or more plans of reorganization.  The Board engaged in a substantial discussion regarding AtheroNova's contractual reporting obligations and potential liabilities incurred by the Corporations for AtheroNova's breach of those obligations.  The Board considered the Corporations' limited current cash resources, their duty to preserve assets in the interest of the Corporations' creditors and stockholders, and the limited benefit currently provided from continued reporting under the Exchange Act.

At this point Mr. Knoll left the meeting.

After substantial discussion, upon motion duly made and seconded, the Board approved, with Dr. Ratiner abstaining, the following resolutions:

**NOW THEREFORE, BE IT RESOLVED**, that having considered the Corporations' outstanding liabilities and assets, the Corporations' inability to meet their debts as they become due, the Corporations' fiduciary duties to their creditors and stockholders and alternatives currently available to the Corporations, including the likelihood and sources of additional cash investments or borrowings, an assignment for the benefit of creditors, a reorganization under Chapter 11 of the United States Bankruptcy Code (the "***Bankruptcy Code***"), a liquidation under Chapter 7 of the Bankruptcy Code and a Chapter 11 sale of assets under Section 363(f) of the Bankruptcy Code, the Board has determined that it is advisable and in the interests of the Corporations and their creditors and stockholders to file bankruptcy petitions under Chapter 11 of the Bankruptcy code and to proceed with a Chapter 11 sale of assets under Section 363(f) of the Bankruptcy Code;

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to execute and cause to be filed bankruptcy petitions (and all related documents and papers) under Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Petitions***") to enable the Corporations to commence Chapter 11 bankruptcy cases (the "***Chapter 11 Bankruptcy Cases***"), and to take all required actions to effectuate a Chapter 11 sale of the Corporations' assets under Section 363(f) of the Bankruptcy Code (the "***363 Sale***" and together with the Chapter 11 Petitions and the Chapter 11 Bankruptcy Cases, the "***Bankruptcy Proceedings***");

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. for purposes of filing the Chapter 11 Petitions, representing the Corporations in their Chapter 11 Bankruptcy Cases and otherwise representing the Corporations in connection with the Bankruptcy Proceedings as bankruptcy counsel;

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to employ

Sherwood Partners to serve as the Corporations' sales agent and to work with and assist the Corporations to market the Corporations and their assets for sale to obtain the highest purchase price possible for the Corporations and their assets in connection with the Bankruptcy Proceedings;

**RESOLVED FURTHER**, that the officers of the Corporation, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to employ any other professionals to represent or assist the Corporations in connection with the Bankruptcy Proceedings that such officers deem to be in the best interests of the Corporations;

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to execute and file and to cause counsel to the Corporations to prepare with the assistance of the Corporations as appropriate, all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which such officers deem necessary and proper in connection with the Bankruptcy Proceedings without the need for any further approval of the Board; and

**RESOLVED FURTHER**, that authority granted to the Corporations' officers pursuant to the foregoing resolutions to cause the Corporations to take further actions in connection with the Bankruptcy Proceedings without any further approval of the Board shall include, but not be limited to, seeking Bankruptcy Court approval for the Corporations to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; and commencing and defending litigation involving the Corporations.

Thereafter, upon motion duly made and seconded, the Board approved, with Dr. Ratiner abstaining, the cessation of AtheroNova's filings under the Exchange Act until such time as the Corporations consummate the 363 Sale and/or confirm a plan of reorganization, subject to filing a Current Report on Form 8-K to disclose the filing of the Bankruptcy Petitions.

The Board then continued with a discussion regarding providing summary disclosure to the public regarding the Corporations' outstanding secured debt and current cash position.

**2.    Omnibus Resolutions**

Upon motion duly made and seconded, the Board adopted and approved, with Dr. Ratiner abstaining, the following resolutions:

**RESOLVED**, that the officers of the Corporations and other persons appointed to act on their behalf pursuant to the foregoing resolutions, and each of them, are hereby authorized, for and on behalf of the Corporations, to execute, deliver and/or file any and all documents, certificates, instruments, agreements and notices, and to perform or cause to be performed any and all acts as may, in their judgment, be necessary or desirable to accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, the taking of any such

actions and/or the execution, delivery or filing of any such documents or instruments serving as conclusive evidence that the individual taking such action and/or executing, delivering or filing such document or instrument deemed the same to be necessary or advisable; and

**FINALLY RESOLVED**, that all acts and things heretofore done by any of the officers and directors of the Corporations in connection with the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Corporations.

[*Signature Page Follows*]

There being no further business to come before the meeting, upon motion duly made, seconded and approved, the meeting was adjourned.


_____
Louis Wharton
Secretary of the Meeting


Attest:

_____
Thomas W. Gardner
Chairman of the Board

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    __AtheroNova Operations, Inc.__                       Case No. _____

                                       Debtor(s)               Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **MPI Research, Inc.**<br>**Bill Jefferson**<br>**1521 Paysphere Circle**<br>**Chicago, IL 60674** | **MPI Research, Inc.**<br>**Bill Jefferson**<br>**1521 Paysphere Circle**<br>**Chicago, IL 60674**<br>269.668.3336 | | | **217,600.00** |
| **McDermott Will & Emery LLP**<br>**James Hill**<br>**PO Box 6043**<br>**Chicago, IL 60680-6043** | **McDermott Will & Emery LLP**<br>**James Hill**<br>**PO Box 6043**<br>**Chicago, IL 60680-6043**<br>949-851-0633 | | | **190,861.56** |
| **LifeSci Advisors, LLC**<br>**Laura Ortiz**<br>**250 West 55th Street Suite 16B**<br>**New York, NY 10019** | **LifeSci Advisors, LLC**<br>**Laura Ortiz**<br>**250 West 55th Street Suite 16B**<br>**New York, NY 10019**<br>858-345-5720 | | | **65,100.00** |
| **Randy Johnson**<br>**Randolph Johnson**<br>**423 Wave Avenue**<br>**Half Moon Bay, CA 94019** | **Randolph Johnson**<br>**423 Wave Avenue**<br>**Half Moon Bay, CA 94019**<br>650.704.8970 | | | **33,750.00** |
| **Frontage Laboratories**<br>**Huan Wang**<br>**700 Pennsylvania Drive**<br>**Exton, PA 19341-1129** | **Frontage Laboratories**<br>**Huan Wang**<br>**700 Pennsylvania Drive**<br>**Exton, PA 19341-1129**<br>484-323-5333 | | | **29,739.60** |
| **Belro Medical**<br>**Bernard Cornet**<br>**Waterloo Office Park Dreve Richelle 161 Building M 1410**<br>**Waterloo, Belgium** | **Belro Medical**<br>**Bernard Cornet**<br>**Waterloo Office Park Dreve**<br>**Waterloo, Belgium**<br>32 02 357 55 46 | | | **27,037.03** |
| **Stradling Yocca Carlson & Rauth**<br>**Michael Lawhead**<br>**660 Newport Center Drive Suite 1600**<br>**Newport Beach, CA 92661-6441** | **Stradling Yocca Carlson & Rauth**<br>**Michael Lawhead**<br>**660 Newport Center Drive Suite 1600**<br>**Newport Beach, CA 92661-6441**<br>949-725-4000 | | | **22,707.70** |

B4 (Official Form 4) (12/07) - Cont.

In re  **AtheroNova Operations, Inc.**                                  Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Regents University of Southern Californi Kathy Wrobel 405 Hilgard Avenue, 1125 Murphy Hall Los Angeles, CA 90095** | **Regents University of Southern Californi Kathy Wrobel 405 Hilgard Avenue, 1125 Murphy Hall Los Angeles, CA 90095 310-794-0401** | | | **20,000.00** |
| **Weinberg & Company, P.A. Corey Fischer 1925 Century Park East Suite 1120 Los Angeles, CA 90067** | **Weinberg & Company, P.A. Corey Fischer 1925 Century Park East Suite 1120 Los Angeles, CA 90067 310-601-2200** | | | **17,532.00** |
| **Sharp Clinical Services, Inc. Whitney Beatty Lockbox #3797 PO Box 8500-3797 Philadelphia, PA 19178-3797** | **Sharp Clinical Services, Inc. Whitney Beatty Lockbox #3797 PO Box 8500-3797 Philadelphia, PA 19178-3797 610-935-4300** | | | **15,505.00** |
| **SAHMRI PO Box 11060 North Terrace Adelaide South Australia 5001** | **SAHMRI PO Box 11060 South Australia 5001 +61 8 8128 4023** | | | **13,761.08** |
| **Paracelsus, Inc. Grace Furman 128 Daphne Street Leucadia, CA 92024** | **Paracelsus, Inc. Grace Furman 128 Daphne Street Leucadia, CA 92024 760-271-2858** | | | **10,000.00** |
| **Brar Inc. Balbir Brar 26261 Glen Canyon Laguna Hills, CA 92653** | **Brar Inc. Balbir Brar 26261 Glen Canyon Laguna Hills, CA 92653 949-831-2965** | | | **7,500.00** |
| **Catalyst Life Science Partners Janice Mitrovich 174 Nassau Street Suite 137 Princeton, NJ 08542** | **Catalyst Life Science Partners Janice Mitrovich 174 Nassau Street Suite 137 Princeton, NJ 08542 609.610.3967** | | | **5,000.00** |
| **Genia Su Consulting Genia Su 6639 Avinida De Las Pescas La Jolla, CA 92037** | **Genia Su Consulting Genia Su 6639 Avinida De Las Pescas La Jolla, CA 92037 858-551-8019** | | | **3,330.00** |
| **Pro Active Capital Resources Group, LLC Jeff Ramson 535 Fifth Avenue 24th Floor New York, NY 10017** | **Pro Active Capital Resources Group, LLC Jeff Ramson 535 Fifth Avenue 24th Floor New York, NY 10017 212-792-4294** | | | **3,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **AtheroNova Operations, Inc.**                                      Case No. _____
                                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Little Gem Life Science Partners**<br>**Jeffrey Benison**<br>**57 Flower Road**<br>**Valley Stream, NY 11581** | **Little Gem Life Science Partners**<br>**Jeffrey Benison**<br>**57 Flower Road**<br>**Valley Stream, NY 11581**<br>**212.334.8709** | | | **2,500.00** |
| **PK/PD Associates**<br>**Nathan Teuscher**<br>**5 Hale Ct.**<br>**Trophy Club, TX 76262** | **PK/PD Associates**<br>**Nathan Teuscher**<br>**5 Hale Ct.**<br>**Trophy Club, TX 76262**<br>**347-766-7573** | | | **1,500.00** |
| **Pacific Biomarkers**<br>**645 Elliot Avenue**<br>**Suite 300**<br>**Seattle, WA 98118** | **Pacific Biomarkers**<br>**645 Elliot Avenue**<br>**Suite 300**<br>**Seattle, WA 98118** | | | **1,237.32** |
| **PR Newswire**<br>**G.P.O Box 5897**<br>**New York, NY 10087** | **PR Newswire**<br>**G.P.O Box 5897**<br>**New York, NY 10087** | | | **795.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  2, 2015**                              Signature   **/s/ Mark Selawski**
                                                                    **Mark Selawski**
                                                                    **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Ron Bender**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **143364**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**AtheroNova Operations, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(d)]**

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  __March 2, 2015__

/s/ **Mark Selawski**
Debtor's signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

AtheroNova Operations, Inc.
2301 Dupont Drive
Suite 525
Irvine, CA 92612


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


ACT Capital Management LLLP
Atnn: Carol G. Frankenfield
555 E. Lancaster Ave, Suite 540
Radnor, PA 19087


ACT Capital Partners LP
2 Radnor Corporate Center
# 111
Radnor, PA 19087


Adam Liebross
402 Howland Canal
Venice, CA 90291


Alexander Kezli 401K
Attn: Alexander Keszeli
3 Windtree Lane
Glen Mills, PA 19342


Amir L Ecker IRA
Attn: Amir Ecker
800 Newtown Road
Villanova, PA 19085

Amir L. Ecker
800 Newtown Road
Villanova, PA 19085


Balmages Law Office
Michael Balmages
1442 Irvine Blvd Suite 218
Tustin, CA 92780


Belro Medical
Bernard Cornet
Waterloo Office Park Dreve
Richelle 161 Building M 1410
Waterloo, Belgium


Boris Ratiner
18375 Ventura Blvd. #552
Tarzana, CA 91356


Brar Inc.
Balbir Brar
26261 Glen Canyon
Laguna Hills, CA 92653


Broadridge
P.O. Box 416423
Boston, MA 02241-6423


Broadridge Inc.
PO Box 416423
Boston, MA 02241


Cambridge Biomedical
Cole Ruwet
1320 Soldiers Field Road
Boston, MA 02135

Carol Wittenbraker
4625 Greenville Ave., Suite 101
Dallas, TX 75206


Catalyst Life Science Partners
Janice Mitrovich
174 Nassau Street Suite 137
Princeton, NJ 08542


Clarence J. Meyer
2 Radnor Corp Center # 111
Radnor, PA 19087


Clarence Meyer, c/o PBC Advisors
Attn: Robert Fisk
2 Radnor Corporate Center, Ste 410
Radnor, PA 19087


DC Ice, LLC
Attn: Richard Winter
546 Fifth Avenue, 9th Floor
New York, NY 10036


Dymami Investments LLC
Attn: Ronald Dyne
1925 Lovering Ave.
Wilmington, DE 19806


Dymami Investments LLC
15260 Ventura Blvd 20th Fl
Sherman Oaks, CA 91403


Ecker Family Partnership
Attn: Amir Ecker
800 Newtown Road
Villanova, PA 19085

Estate of Judith W. Campbell
Attn: Frank Campbell
106 Longview Circle
Media, PA 19063


Europa International Inc.
c/o Knoll Capital Mgmt LP
1114 Ave of the Americas 45th Fl
New York, NY 10036


Europa International, Inc.
Attn: Fred Knoll
5 East 44th St., Suite 12
New York, NY 10017


Frank Campbell
106 Longview Circle
Media, PA 19063


Frontage Laboratories
Huan Wang
700 Pennsylvania Drive
Exton, PA 19341-1129


Gardner Syndication Management
Thomas Gardner
14 Chantonnay
Laguna Niguel, CA 92677


Genia Su Consulting
Genia Su
6639 Avinida De Las Pescas
La Jolla, CA 92037


James Lynch
9990 RR Blvd
Reno, NV 89521

Jay Robert Paul
210 West 70th #1201
New York, NY 10023


JMW Fund
Attn: Justin Yorke
4 Richland Place
Pasadena, CA 91103


John Tilney
The Old Rectory, Harpsden
arpsden Bottom, Henley-on-Thames
Oxfordshire RG9 4HT, UK


John Tilney
2 Radnor Corp Center #111
Radnor, PA 19087


Jonathan Andron Roth IRA
c/o Creve & Company
3650 Mt Diablo Blvd # 103
Lafayette, CA 94549


Jonathan Andron/Creve & Co.
Attn: Jonathan Andron
135 N. Meramec, 3rd Floor
Clayton, MO 63105


Kyle Van Natta
4133 Redwood Ave #3012
Los Angeles, CA 90066


Larry Kuhn
2412 Via Mero
San Clemente, CA 92673

Lateral Capital III, LLC
Attn: John Lilly
80 S. 8th St., 4900 IDS Center
Minneapolis, MN 55402


LifeSci Advisors, LLC
Laura Ortiz
250 West 55th Street Suite 16B
New York, NY 10019


Lincoln Park Capital
Attn: Robert Garcia
440 N. Wells St., Suite 410
Chicago, IL 60654


Little Gem Life Science Partners
Jeffrey Benison
57 Flower Road
Valley Stream, NY 11581


Mark Selawski
25521 Creek Dr
Laguna Hills, CA 92653


Mark Wedel
24510 Fuerte Road
Temecula, CA 92590


McDermott Will & Emery LLP
James Hill
PO Box 6043
Chicago, IL 60680-6043


Michael Jakobsen
2800 Terry Road
Laguna Beach, CA 92651

MPI Research, Inc.
Bill Jefferson
1521 Paysphere Circle
Chicago, IL 60674


MyLi Burger Holdings, LLC
Attn: Greg Akselrud
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403


OTC Markets Group, Inc.
PO Box 29959
New York, NY 10087-9959


Pacific Biomarkers
Jennifer Harjehausen
645 Elliot Avenue Suite 300
Seattle, WA 98119


Pacific Biomarkers
645 Elliot Avenue
Suite 300
Seattle, WA 98118


Paracelsus, Inc.
Grace Furman
128 Daphne Street
Leucadia, CA 92024


Patrick and Allison K. Doyle Trust
Attn: Patrick Doyle
21 Merrill Circle South
Moraga, CA 94556


PK/PD Associates
Nathan Teuscher
5 Hale Ct.
Trophy Club, TX 76262

PR Newswire
G.P.O Box 5897
New York, NY 10087


Pro Active Capital Resources Group, LLC
Jeff Ramson
535 Fifth Avenue 24th Floor
New York, NY 10017


Randy Johnson
Randolph Johnson
423 Wave Avenue
Half Moon Bay, CA 94019


Ratiner Family 2005
Revocable Living Trust
18375 Ventura Blvd #522
Tarzana, CA 91356


RDG Filings
PO Box 883213
San Francisco, CA 94188-3213


Regents University of Southern Californi
Kathy Wrobel
405 Hilgard Avenue, 1125 Murphy Hall
Los Angeles, CA 90095


Richard A. Jacoby
2490 White Horse Road
Berwyn, PA 19312


Richland Fund
Attn: Justin Yorke
4 Richland Place
Pasadena, CA 91103

Robert A. Ayerle
725 Skippack Pike, Suite 340
Blue Bell, PA 19422


Robert Wayne Spears Living Trust
dtd 7-2, Attn: Ken Ruggles
15853 Oldent St.
Sylmar, CA 91342


Ruth Peck Family Trust
Attn: Ruth Peck
1405 Afton St.
Pasadena, CA 91103


SAHMRI
PO Box 11060
North Terrace Adelaide
South Australia 5001


San Gabriel Fund
Attn: Justin Yorke
4 Richland Place
Pasadena, CA 91103


Securities Transfer Corp
Jason Freeman
2591 Dallas Parkway Suite 102
Frisco, TX 75034


Sharp Clinical Services, Inc.
Whitney Beatty
Lockbox #3797 PO Box 8500-3797
Philadelphia, PA 19178-3797


Staples Contracts and Commercial
PO Box 414524
Boston, MA 02241-4524

Stradling Yocca Carlson & Rauth
Michael Lawhead
660 Newport Center Drive Suite 1600
Newport Beach, CA 92661-6441


Stubbs Alderton & Markiles, LLP
Greg Akselrud
15260 Ventura Boulevard 20th Floor
Sherman Oaks, CA 91403


SunTrust Delaware Trust Company Trustee
of Murray Markiles Roth IRA Trust
1011 Centre Road, Suite 108
Wilmington, DE 19805


Thomas W. Gardner
14 Chantonnay
Laguna Niguel, CA 92677


TR Dupont Centre LLC
Leslie Tague
PO Box 842470
Dallas, TX 75284-2470


W-Net Fund I, LP
Attn: David Weiner
12400 Ventura Blvd. #327
Studio City, CA 91604


Weinberg & Company, P.A.
Corey Fischer
1925 Century Park East Suite 1120
Los Angeles, CA 90067


Windstream
PAETEC P.O. Box 9001013
Louisville, KY 40290-1013

Zephyr Networks
Marc Winger
22921 Triton Way Suite 224
Laguna Hills, CA 92653-1236